ORIGINAL SEALED

United States Courts
Southern District of Texas
FILED

*June 08, 2023*

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 25 2023
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES OF AMERICA

v.

MARCUS HUFF

No.

4:23-mj-1217

INDICTMENT

The Grand Jury Charges:

Count One
Interference with a Flight Crew
(Violation of 49 U.S.C. § 46504)

On or about June 27, 2022, in the Northern District of Texas and elsewhere, the defendant, **Marcus Huff,** on an aircraft in the special aircraft jurisdiction of the United States, namely Southwest Airlines flight 953, Las Vegas to Houston, Aircraft Number N8674B, did knowingly attempt to interfere and did interfere with the performance of the duties of B.K., E.J., E.S., and B.D., a flight crew member or flight attendant of the aircraft, and lessen the ability of the member or attendant to perform those duties, by intimidating the flight crew member or flight attendant, specifically the defendant threw a drink at B.K., yelled profanities at the flight crew members or flight attendants and refused to remain seated during the flight, resulting in the flight being diverted to Dallas Love Field, in Dallas County, Texas, for the safety of the flight crew members or flight attendants and passengers.

All in violation of 49 U.S.C. § 46504.

**Marcus Huff Indictment – page 1**

A TRUE BILL

## Original Signature on File

FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*[signature]*

DIMITRI ROCHA
Assistant United States Attorney
Florida State Bar No. 693332
1100 Commerce St., Suite 300
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Dimitri.Rocha@usdoj.gov

Marcus Huff Indictment – page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

MARCUS HUFF

SEALED INDICTMENT

49 U.S.C. § 46504
Interference with a Flight Crew
(Count 1)

1 Count

A true bill rendered

**Original Signature on File**

DALLAS                                                                                          FOREPERSON

Filed in open court this 25th day of April, 2023.

Warrant to be Issued

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending